UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DAWN CREECH, on her own behalf
and on behalf of those similarly situated

CIVIL ACTION
NO. 11-46-BAJ-DLD

VERSUS

HOLIDAY CVS, LLC, d/b/a CVS PHARMACY, ET AL

**ORDER AMENDING PRIOR RULING ON MOTION TO DISMISS**

In its original Ruling on Defendants' motion to dismiss, the Court erroneously stated on page 2 that it had previously granted Defendants' motion to strike Plaintiff's allegations of a willful violation of the Fair Labor Standards Act. (doc. 41, p. 2) In fact, the court denied that portion of Defendant's motion without prejudice in a oral ruling following argument.

Therefore, it is hereby ORDERED that the court's prior written ruling be AMENDED to accurately reflect its earlier denial without prejudice of the Defendant's motion to strike Plaintiff's allegations of a willful violation of the FLSA.

Baton Rouge, Louisiana, September 28, 2012.

*[signature]*

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA