# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

DAWN CREECH

    **Plaintiff,**

vs.

HOLIDAY CVS, L.L.C., a Florida limited liability company, CVS CAREMARK CORPORATION, a Delaware Corporation d/b/a CVS PHARMACY, CVS PHARMACY, INC., a Rhode Island Corporation d/b/a CVS/PHARMACY, and XYZ ENTITIES 1-1000, fictitious names of unknown liable entities,

    **Defendants.**
_____/

CASE NO.: 3:11-CV-00046-BAJ-RLB

Judge: Brian A. Jackson

Magistrate Judge: Richard L. Bougeois

## JOINT MOTION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE

**NOW INTO COURT**, appearing through their undersigned counsel of record and pursuant to Federal Rule of Civil Procedure 41(a)(2), come Plaintiff Dawn Creech and Opt-In Plaintiffs Nikki King-Barrett, Jerporshay Ransome, Shari Wilson, Lydia Diaz, Pamela Luckerman, Jennifer Wisniewski and Thomas Tolerico, who have resolved and settled all of their claims in this matter, and who now jointly with Defendants Holiday CVS, L.L.C., CVS Caremark Corporation and CVS Pharmacy, Inc. move to dismiss all of Plaintiff's and Opt-In Plaintiffs' claims in this action <u>with prejudice</u> as to every Defendant. The parties have agreed to each bear their own respective costs and attorneys' fees, except as provided for in the Settlement Agreements and General Releases entered into by the parties.

**WHEREFORE,** the plaintiffs and defendants pray that this joint motion for dismissal of all claims with prejudice be granted.

Dated: September 12, 2013

TIMOTHY J. LONG
*(*admitted *Pro Hac Vice)*
ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Timothy J. Long*

Timothy J. Long
Attorneys for Defendants

California Bar No. 137591
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
E-mail: tjlong@orrick.com

Dated: September 12, 2013

DONALD W. WASHINGTON
JONES, WALKER, WAECHTER, POITEVENT,
CARRÈRE & DENÈGRE L.L.P

*/s/Donald W. Washington*

Donald W. Washington
Attorneys for Defendants

LA Bar No. 21402
600 Jefferson Street, Suite 1600
Lafayette, LA 70501
Telephone: (337) 262-9014
Facsimile: (337) 262-9001
E-mail: dwashington@joneswalker.com

| | |
|---|---|
| Dated: September 12, 2013 | WINSTON G. DECUIR , SR.<br>DECUIR, CLARK & ADAMS, LLP<br><br>/s/ *Winston G. Decuir, Sr.*<br>Winston G. Decuir, Sr.<br>Attorneys for Plaintiffs and Opt-In Plaintiffs<br><br>LA Bar No. 04795<br>732 North Boulevard<br>Baton Rouge, LA 70802<br>Telephone: 225-346-8716<br>Facsimile: 225-336-1950<br>E-mail: winston@decuirlaw.com |
| Dated: September 12, 2013 | CARLOS V. LEACH<br>*(*admitted *Pro Hac Vice)*<br>MORGAN & MORGAN, P.A.<br><br>/s/*Carlos V. Leach*<br>Carlos V. Leach<br>Attorneys for Plaintiff and Opt-In Plaintiffs<br><br>Florida Bar No. 0540021<br>20 North Orange Avenue<br>16th Floor<br>Orlando, FL 32802-4979<br>Telephone: 407-420-1414<br>Facsimile: 407-420-5956<br>E-mail: cleach@forthepeople.com |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the CM/ECF filing system which I understand will send a Notice of Electronic Filing to all parties of record, on this 12th day of September 2013.

/s/ ***TIMOTHY J. LONG***
Timothy J. Long, Esq.